UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2244 |

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −171)

On May 23, 2011, the Panel transferred 3 civil action(s) to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 787 F.Supp.2d 1358 (J.P.M.L. 2011). Since that time, 1,128 additional action(s) have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable James Edgar Kinkeade.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Kinkeade.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Texas for the reasons stated in the order of May 23, 2011, and, with the consent of that court, assigned to the Honorable James Edgar Kinkeade.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 02, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION**  MDL No. 2244

### SCHEDULE CTO−171 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 14−00346 | King v. Johnson &Johnson Inc et al |
| ALN | 2 | 14−00348 | Gutierrez v. Johnson &Johnson Inc et al |
| ALN | 2 | 14−00349 | White v. Johnson &Johnson, Inc. et al |
| **CALIFORNIA CENTRAL** | | | |
| ~~CAC~~ | ~~2~~ | ~~14−01475~~ | ~~Horst Danning et al v. DePuy, Inc. et al~~ |
| CAC | 2 | 14−01549 | Carol Tombrink v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−01555 | Barbara Laparl v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−01626 | Vern Markham et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−01733 | Timothy Bridges et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−01736 | Laurie Silberman v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−01954 | Julie M. LeWallen v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−01970 | Marie Garcia et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−02012 | Rick A. Biever, et al v. DePuy Orthopaedics, Inc., et al |
| CAC | 2 | 14−02014 | Wayne V. Kimlick et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−02080 | George W. Lynn et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−02106 | J'ne Louisa Carter v. DePuy Orthopaedics, Inc. et al |
| **CALIFORNIA NORTHERN** | | | |
| ~~CAN~~ | ~~3~~ | ~~14−00979~~ | ~~Sobera et al v. DePuy Orthopaedics, Inc. et al~~ |
| CAN | 3 | 14−01244 | Yee v. Johnson &Johnson Services, Inc. et al |
| **MARYLAND** | | | |
| MD | 8 | 14−00689 | Levine et al v. DePuy Orthopaedics, Inc. et al |
| **MICHIGAN EASTERN** | | | |

| | | | |
|---|---|---|---|
| MIE | 2 | 14−10849 | Carter v. DePuy Orthopaedics, Inc. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 2 | 14−04063 | Milligan v. DePuy Orthopaedics, Inc. |

MONTANA

| | | | |
|---|---|---|---|
| MT | 9 | 14−00042 | Yates v. DePuy Orthopaedics, Inc. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 14−01660 | GERARD et al v. DEPUY ORTHOPAEDICS, INC. et al |

NEW YORK WESTERN

| | | | |
|---|---|---|---|
| NYW | 1 | 14−00158 | Jones, Jr. et al v. DePuy Orthopaedics, Inc. et al |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 6 | 14−00154 | Wheeler v. Depuy Orthopaedics, Inc., et al |

WEST VIRGINIA NORTHERN

| | | | |
|---|---|---|---|
| WVN | 3 | 14−00026 | Buckner v. DePuy Orthopaedics, Inc. et al |